This form to be completed by the United States District Court Clerk's Office and dated and signed by the Defendant only.

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUL 0 8 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

## WAIVER OF SERVICE OF SUMMONS

TO: THE CLERK OF COURT, NORTHERN DISTRICT OF GEORGIA on behalf of

Kenneth Williams (Plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of Kenneth Williams vs. Trans Union LLC, which is case number 1:24-cv-02066-LMM-JKL, in the United States District Court for the Northern District of Georgia, Atlanta Division. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity of whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not filed with the court and served upon you within 60 days after ___06/11/2024___, or within 90 days after that date if the request was sent outside the United States.

___6/24/2024___
Date

*Sydney O. Burden*
As Authorized Representative of Defendant Trans Union, LLC
Signature

Printed/
Typed Name: Sydney O. Burden, Esq.

[as___Senior Counsel___]
[of___Transunion, LLC___]

Office of the Clerk
United States District Court
Northern District of Georgia
2211 United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, GA  30303

TransUnion
1510 Chester Pike
Crum Lynne, PA  19022



US POSTAGE
$000.64
First-Class - IMI
ZIP 19022
07/01/2024
034A 0081801755

CLEARED DATE
JUL 0 8 2024
U.S. Marshal's Service
Atlanta, GA 30303

30303$3318 C039