UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KENNETH WILLIAMS,

  Plaintiff,

Vs.                                   CASE NO.: 1:24-cv-02066-LMM-JKL

EQUIFAX INFORMATION
SERVICES LLC; and
TRANS UNION LLC.

  Defendants.
_____/

**DEFENDANT TRANS UNION LLC'S
CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 3.3, Trans Union LLC ("Trans Union") hereby sets forth the following:

1.    The undersigned Counsel of Record for a party to this action certifies that the following is a full and complete list of all parties in this action, including, pursuant to Fed. R. Civ. P. 7.1, any parent corporation and publicly held corporation that owns 10% or more of stock in Trans Union:

- Kenneth Williams, Plaintiff

- Equifax Information Services LLC, Defendant

- Trans Union LLC, Defendant

1

- TransUnion Intermediate Holdings, Inc.
- TransUnion

2.  The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

Trans Union LLC is a wholly owned subsidiary of TransUnion Intermediate Holdings, Inc. TransUnion Intermediate Holdings, Inc. is wholly owned by TransUnion. TransUnion is a publicly traded entity. Investment funds affiliated with T. Rowe Price Group, Inc., a publicly-traded entity, own more than 10% of TransUnion's stock. No public company directly owns 10% or more of the ownership in Trans Union LLC.

3.  The undersigned further certifies that the following is a full and complete list of all persons serving as a lawyer in this proceeding:

3375520.1

| | |
|---|---|
| Kenneth Williams<br>35 Kirkwood Road NE<br>Atlanta, GA 30317<br>(770) 369-5088<br>***Pro se Plaintiff*** | Paul W. Sheldon<br>psheldon@qslwm.com<br>Georgia Bar No. 947098<br>Quilling, Selander, Lownds,<br>Winslett & Moser, P.C.<br>6900 North Dallas Parkway, Suite 800<br>Plano, TX 75024<br>(214) 560-5453<br>(214) 871-2111 Fax<br>***Counsel for Trans Union LLC*** |

Respectfully submitted,

*/s/ Paul W. Sheldon*
Paul W. Sheldon
psheldon@qslwm.com
Georgia Bar No. 947098
Quilling, Selander, Lownds,
Winslett & Moser, P.C.
6900 North Dallas Parkway, Suite 800
Plano, TX 75024
(214) 560-5453
(214) 871-2111 Fax
***Counsel for Trans Union LLC***

3

## LOCAL RULE 5.1 CERTIFICATION

I hereby certify that TRANS UNION LLC'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT has been prepared in Times New Roman 14-point font in accordance with Local Rule 5.1.

*/s/ Paul W. Sheldon*
**PAUL W. SHELDON**

3375520.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of August 2024, I caused a true and correct copy of the foregoing document to be served electronically via the Court's CM/ECF system. I further certify that a true and correct copy of the foregoing document was served on the following parties via First Class, U.S. Mail, postage prepaid and properly addressed as follows:

Kenneth Williams
35 Kirkwood Road NE
Atlanta, GA 30317
(770) 369-5088
*Pro Se Plaintiff*

> */s/ Paul W. Sheldon*
> **PAUL W. SHELDON**