UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Kenneth Williams<br>　　　　Plaintiff,<br>v.<br>Equifax Information Services LLC &<br>Transunion LLC<br>　　　　Defendants, | CASE NO: 1:24-cv-02066-LMM-JKL |



## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO EQUIFAX INFORMATION SERVICES LLC

COMES NOW Plaintiff, Kenneth Williams, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses his causes of action in the Complaint against the Defendant EQUIFAX INFORMATION SERVICES LLC ("Equifax"). Defendant, Equifax, has neither filed an answer to the Complaint, nor a motion for summary judgment, therefore dismissal under Rule 41 (a)(1)(A)(i) is appropriate. Dated this August 14th 2024.

Entered as dismissed pursuant to Rule 41(a)(1)(i)(ii), F.R.C.P.
KEVIN P. WEIMER, Clerk
By: _____ s/ T. Tran _____
　　　　　　　　　Deputy Clerk
Date: ___ 08/20/2024

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document was filed on this 14th of August , 2024 via mail to the clerks office and sent electronic notice of such to all parties of record.

Kenneth Williams

35 Kirkwood Rd NE, Atlanta Ga 30317

Kennethdwilliamsbusiness@gmail.com

*Kenneth Williams*