IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KENNETH WILLIAMS,

    Plaintiff,

v.

TRANS UNION LLC,

    Defendant.

CIVIL ACTION FILE NO.

1:24-cv-2066-LMM-JKL

## ORDER

This matter is presently before the Court on Defendant Trans Union LLC's motion to dismiss Plaintiff's complaint. [Doc. 11.] Defendant's motion was filed on August 12, 2024. [*Id.*] Plaintiff has filed no response in opposition to the motion to dismiss, and the time for doing so has now expired.

Local Rule 7.1B provides that any party opposing a motion shall serve the party's response, responsive memorandum, affidavits, and any other responsive material not later than fourteen (14) days after service of the motion. *See* LR 7.1B, NDGa. It further provides that the failure to file a response shall indicate that there is no opposition to the motion. *Id.* Accordingly, Plaintiff's failure to respond to Defendant's motion to dismiss indicates that he has no opposition to the motion.

Plaintiff is therefore **ORDERED** respond the motion to dismiss or to show cause why his case should not be dismissed by no later than **September 23, 2024**. Given that Plaintiff has failed to respond to Defendant's motion to dismiss, he is warned that the Court will interpret his continued failure to respond to the instant Order as Plaintiff's indication that he is not interested in prosecuting this case and that he does not oppose Defendant's motion to dismiss.  As a result, this Court will recommend the dismissal of Plaintiff's lawsuit.  *See Betty K Agencies, Ltd. v. M/V MONADA*, 432 F.3d 1333, 1337-38 (11th Cir. 2005) (discussing the Court's authority to dismiss an action for failure to follow the orders and rules of the Court); L.R. 41.3(A), NDGa. (explaining that the "[t]he court may, with or without notice to the parties, dismiss a civil case for want of prosecution if . . . plaintiff or plaintiff's attorney shall, after notice . . . fail or refuse to obey a lawful order of the court in the case").

The Clerk is **DIRECTED** to submit the matter to the undersigned after expiration of the above time period.

IT IS SO ORDERED this 9th day of September, 2024.

_____
JOHN K. LARKINS III
United States Magistrate Judge

2