IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| KENNETH WILLIAMS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:24-cv-02066-LMM-JKL |
| TRANS UNION LLC, | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

This matter is before the Court on the Magistrate Judge's Report and Recommendation, Dkt. No. [17]. No objections have been filed in response to the Report and Recommendation. Therefore, pursuant to 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the Court has reviewed the Report and Recommendation for clear error and finds none.

Accordingly, the Court **ADOPTS** the Report and Recommendation, Dkt. No. [17], as its opinion: Defendant's motion to dismiss, Dkt. No. [11], is **GRANTED**, and Plaintiff is allowed an opportunity to file an amended complaint to cure the deficiencies observed in the Report and Recommendation. Plaintiff is further instructed that his amended complaint must:

(1) address the shortcomings noted in the Report and Recommendation;

(2) comply with the pleading requirements of Federal Rules of Civil Procedure 8 and 10 and ensure that the substance of the pleading complies with Rule 11;

(3) include a factual background setting forth specific, nonconclusory factual allegations that directly pertain to this case and suggest support for the required elements of each claim;

(4) list each cause of action in a separate count;

(5) identify each alleged inaccuracy in his credit report along with information showing how it is inaccurate;

(6) explain how the inaccurate information in his consumer file or report caused him damages; and

(7) state with clarity whether he is seeking damages for willful violations of the Fair Credit Reporting Act ("FCRA"), negligent violations of the FCRA, or both.

The amended complaint **SHALL** be filed within **30 DAYS** of the entry of this Order. Failure to timely comply may result in the immediate dismissal and closure of this action. This case remains referred to the Magistrate Judge for further proceedings.

**IT IS SO ORDERED** this 31st day of October, 2024.

*[signature]*
**Leigh Martin May**
**United States District Judge**